IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAROLD H. HAWKS,

    Petitioner,

  v.

JAMES HAMLET, et al.

    Respondents.

No. C 04-01822 JSW

**ORDER SETTING BRIEFING SCHEDULE**

The Court has received Petitioner's Motion to file a Supplemental Petition for Writ of Habeas Corpus. Having reviewed Petitioner's moving papers, the Court will set a briefing schedule on the motion.

Accordingly, Respondents are HEREBY ORDERED to submit a response to Petitioner's motion by no later than May 20, 2005, to the motion to supplement the petition. Petitioner shall submit any reply by no later than May 27, 2005. If the Court believes a hearing is necessary, it shall notify the parties.

**IT IS SO ORDERED.**

Dated: May 6, 2005

    /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE