IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAROLD H. HAWKS,

    Petitioner,

    v.

JAMES HAMLET,

    Respondent.

No. C 04-01822 JSW

**ORDER RE RESPONDENT'S REQUEST FOR LEAVE TO FILE SUPPLEMENTAL ANSWER**

The Court has received Respondent's request for leave to file a supplemental answer, in which he wishes to supplement his answer to assert that Petitioner does not have a federally protected liberty interest in parole, relying on *In re Dannenberg*, 34 Cal. 4th 1061 (2005) and *Sass v. California Board of Prison Terms*, 376 F. Supp. 2d 975 (E.D. Cal. 2005).

Because Respondent's request raises only a legal issue, the Court finds good cause to GRANT the request. However, Petitioner is also GRANTED leave to supplement his traverse to address the arguments raised in Respondent's supplemental answer. Petitioner's response shall be limited to ten (10) pages, and shall be due on September 23, 2005.

**IT IS SO ORDERED.**

Dated: August 24, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE