IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD H. HAWKS,<br><br>       Petitioner,<br><br>    v.<br><br>JAMES HAMLET,<br><br>       Respondent.<br>_____/ | No. C 04-01822 JSW<br><br>**ORDER GRANTING MOTION TO PERMIT FILING OF OVERSIZED BRIEF** |

This matter comes before the Court upon consideration of Petitioner's motion to file a supplemental traverse in excess of ten pages. The Court has considered the motion and given the record in this case, the Court shall GRANT Petitioner's request.

The Court deems the matter fully briefed and submitted. Absent a showing of extraordinary good cause, the Court shall not consider any additional supplemental briefing on the issues raised in this case.

**IT IS SO ORDERED.**

Dated: September 27, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE